# Court of Appeals
# of the State of Georgia

ATLANTA,  June 08, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1193. RANDY WAYNE BARKER v. THE STATE.**

Randy Wayne Barker was convicted of aggravated child molestation in March 2013. He filed a timely motion for new trial, which the trial court denied in August 2013. In February 2023, Barker filed a notice of appeal, seeking to appeal the order denying his motion. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of the appealable order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Davis v. State*, 330 Ga. App. 711, 711 (769 SE2d 133) (2015). Because Barker's notice of appeal was filed nearly a decade after the trial court entered its order denying his motion for new trial, it is untimely. Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.

We note that Barker's appellate counsel has filed in the trial court a motion to vacate and re-enter the 2013 order on the ground that the trial court may have failed to provide Barker's attorney notice of that decision. See *Wright v. Young*, 297 Ga. 683, 684 (777 SE2d 475) (2015). It appears that the motion to vacate has not yet been ruled on. If the trial court vacates and re-enters the order on the motion for new trial, Barker may file a notice of appeal within 30 days from the re-entry date. Id.

Barker's motion to remand the appeal is hereby DISMISSED as moot.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* __06/08/2023__

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*